Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 ———
Scan Only ———

FILED
CLERK, U.S. DISTRICT COURT

APR 10 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ESCOBAR, <br><br> PLAINTIFF(S) <br><br> v. <br><br> LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 06-918-RGK (CWx) <br><br><br> **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable  R. GARY KLAUSNER  , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

JACQUELINE ESCOBAR

take nothing; that the  action be dismissed on the  merits; and that the defendant(s):

LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES AND ROBERTA THOMAS

recover of the plaintiff(s) its costs of action, taxed in the sum of   to be determined  pursuant to the Local Rules

ENTERED
CLERK, U.S. DISTRICT COURT

APR 12 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Clerk, U. S. District Court

Dated: 4/10/07

By _____
Deputy Clerk

At: Los Angeles, California

cc:    Counsel of record